United States District Court
Southern District of Texas
**ENTERED**
August 11, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Gerardo Cruz, | § | |
|     Plaintiff, | § | |
| V | § | CIVIL ACTION: H-16-1642 |
| | § | |
| Conn Appliances, Inc., | § | |
| | § | |
|     Defendant | § | |

### O R D E R

On August 9, 2016 the parties filed a Stipulation to Arbitration. Therefore, it is hereby

ORDERED that the above captioned case is STAYED pending the arbitration and administratively closed. The parties are granted leave to move to reinstate the case on the Court's active docket at such time in the future as the parties deem appropriate.

SIGNED at Houston, Texas, on this the 11 day of August, 2016.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE